Barrett, Appellant, *v.* Jageman.

Argued October 1, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James G. Callas,* for appellant.

*Richard S. Graff,* for appellees.

OPINION PER CURIAM, November 10, 1964:
Decree affirmed, each party to bear own costs.